JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP, INC., a Delaware Corporation; NEIMAN MARCUS HOLDINGS, INC., a California corporation; AMANDA VINCI dba ROMEO & JULIET, a New York Corporation; D-CLOSET, a Business Entity of Form Unknown; DO & BE CLOTHING, INC., a California corporation; E-TEXTILE, CORP., a California Corporation; CORNERSTONE APPAREL, INC. dba papaya, A Business Entity of Form Unknown; MITTO, a Business Entity of Form Unknown; BNA TEXTILE, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV11-01474 PA (PLAx)<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the Parties' Stipulation submitted herewith,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, including the Cross-Claim of Cornerstone Apparel, Inc., all parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: 9/6/11

_____
The Honorable PERCY ANDERSON
United States District Judge

Submitted jointly by:
THOMAS P. BLEAU (SBN: 152945)
HOOTAN TROY FARAHMAND (SBN: 230345)
BLEAU/FOX, A.P.L.C.
Attorneys for Plaintiff,
STAR FABRICS, INC.

DANIEL S. H. LEE (SBN: 194213)
LEE & OH, A.P.L.C.
Attorneys for Defendants,
E-TEXTILE, CORPORATION and
ASHLEY U.S.A., INC. dba MITTO
and CORNERSTONE APPAREL, INC.

STEVEN C. KIM
STEVEN C. KIM & ASSOCIATES
Attorneys for Defendant
CORNERSTONE APPAREL, INC.